UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

**JAMES COLBY**

Chapter 11

Case No.:

                  Debtor.
-------------------------------------------------------X

**AFFIDAVIT OF CHAPTER 11
PURSUANT TO LR 1007-1**

State of New York      )
                               ss
County of Westchester  )

**JAMES COLBY**, being duly sworn, deposes and says:

1. I am the Debtor herein. I am personally familiar with all of the matters set forth below.

2. The Debtor herein holds interest in real estate located at 9 Brittany Court, Chappaqua, NY 10514 (the "Primary Residence"). The debtor seeks to enter into a plan for the payment of existing debts.

3. The Petition in this matter is to be commenced as a Chapter 11.

4. With respect to the holders of the 10 largest unsecured claim(s):

   a. Wachovia Bank                 $450,000.00  - Disputed

5. The secured claim(s) are as follows:

a.  Wachovia Bank                $1,800,000.00  - Disputed

6. The priority claim(s) are as follows: None

7. Summary of Assets and Liabilities:

   Assets:

      9 Brittany Court, Chappaqua, NY 10514

   Liabilities: The unsecured debts listed in Schedule F, the priority debts listed in schedule E and the secured debts listed in Schedule D.

8. No securities of the Debtor are publicly held.

9. At this time the real property of the debtor is not in possession or custody of any custodian, public officer, pledge, assignee of rents, or secured creditor, or agent for any such entity.

10. Debtor's assets are all in located in the State of New York, County of Westchester.

11. At this time, the only proceedings pending or threatened against the debtor are the following:

Foreclosure Proceeding: HSBC BANK vs. COLBY, JAMES A. Index No. 052041/2012 Supreme Court of the State of New York, County of Westchester


Dated: White Plains, New York
       December 2, 2015

                                                                    JAMES COLBY

Sworn to before me on this
2nd day of December, 2015

_____
Notary Public

IRINA LUST
Notary Public, State of New York
No. 02LU6292125
Qualified in Kings County
Commission Expires Oct. 28, 20__